UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
JULY 2, 2019 SESSION



FILED
JUL - 2 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00170
8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

JOSE GUADALUPE CAMARENA-JACINTO,
   also known as "Camarena Jacinto-Guadalupe"
   also known as "Jose Bravo-Oretega"
   also known as "Pedro Guzman-Garcia"
   also known as "Oscar Lopez"
   also known as "Oscar Perez"
   also known as "Jose Jacinto"
   also known as "Jose Camarena"

**I N D I C T M E N T**
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about July 25, 2008, defendant JOSE GUADALUPE CAMARENA-JACINTO, also known as "Camarena Jacinto-Guadalupe," "Jose Bravo-Oretega," "Pedro Guzman-Garcia," "Oscar Lopez," "Oscar Perez," "Jose Jacinto," and "Jose Camarena," (hereinafter defendant "JOSE GUADALUPE CAMARENA-JACINTO"), an alien, was found at or near Santa Teresa, New Mexico, and was subsequently removed from the United States to Mexico on or about October 8, 2008.

2. On or about June 2, 2009, defendant JOSE GUADALUPE CAMARENA-JACINTO, an alien, was found at or near Oakdale,

Louisiana, and was subsequently removed from the United States to Mexico on or about June 8, 2009.

3. On or about August 26, 2010, defendant JOSE GUADALUPE CAMARENA-JACINTO, an alien, was found at or near Nogales, Arizona, and was convicted of the misdemeanor offense of illegal entry into the United States, in violation of Title 8, United States Code, Section 1325(A)(1) on or about September 3, 2010, in United States District Court, Tucson, Arizona, and was subsequently removed from the United States to Mexico on or about January 21, 2011.

4. On or about March 2, 2012, defendant JOSE GUADALUPE CAMARENA-JACINTO, an alien, was found at or near Kansas City, Missouri, and was convicted of the felony offense of illegal reentry into the United States, in violation of Title 8, United States Code, Section 1326 on November 8, 2012, in United States District Court, Kansas City, Missouri, and was subsequently removed from the United States to Mexico on or about November 9, 2012.

5. On or about June 17, 2019, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JOSE GUADALUPE CAMARENA-JACINTO, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

                                          MICHAEL B. STUART  
                                          United States Attorney

By: _____  
                              ERIK S. GOES  
                              Assistant United States Attorney