# SPANISH

### Statement 1:
### For All Foreign Nationals Except Those from
### "Mandatory Notification" Countries



Por no ser ciudadano de los Estados Unidos, y estar arrestado o detenido, usted puede pedirnos que notifiquemos de su situación a los funcionarios consulares de su país en los Estados Unidos. También puede comunicarse con los funcionarios consulares de su país. Entre otras cosas, un funcionario consular de su país puede ayudarle a conseguir asesoramiento legal, y también puede ponerse en contacto con su familia y visitarle en el lugar de detención. Si usted desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora o en cualquier oportunidad en el futuro. ¿Desea que notifiquemos ahora a los funcionarios consulares de su país?

SÍ (YES)    **NO** (NO)

Nombre: Jose Gpe Chmaray    Testigo: _____
Printed Name                Witness

Firma: Jose Gpe Cam         Fecha: 7/10/2019
Signature                    Date

---

### Statement 2:
### For Foreign Nationals from
### "Mandatory Notification" Countries

Debido a su nacionalidad, estamos obligados a notificar a los funcionarios consulares de su país en los Estados Unidos que usted ha sido arrestado o detenido. Haremos esta notificación lo más pronto posible. Además, usted puede comunicarse con los funcionarios consulares de su país. Usted no está obligado a aceptar su ayuda, pero esos funcionarios pueden ayudarle, entre otras cosas, a conseguir asesoramiento legal, y también pueden ponerse en contacto con su familia y visitarle en el lugar de detención. Sírvase firmar para indicar que ha recibido esta información.

Nombre: _____    Testigo: _____
Printed Name                Witness

Firma: _____      Fecha: _____
Signature                    Date